# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANN CROPPER,

    Plaintiff(s),

v.

WAL-MART STORES, INC.,

    Defendant(s).

Case No.: 2:19-cv-00629-JCM-NJK

**Order**

[Docket No. 13]

Pending before the Court is a stipulation to extend the deadlines in the scheduling order by approximately 90 days. Docket No. 13. The stipulation is premised on Plaintiff's unavailability for deposition until mid-August, and the need to conduct that deposition prior to expert disclosures. *See id.* at 2. No explanation is provided why Plaintiff's unavailability for deposition impacts the ability to comply with the deadline to amend the pleadings or add parties, so the Court declines to extend that deadline. Moreover, no explanation is provided why a lengthy 90-day extension is justified based on the reasoning provided, and the Court will instead extend deadlines by 60 days.

Accordingly, the stipulation to extend is **GRANTED** in part and **DENIED** in part. Deadlines are hereby **SET** as follows:

- Initial disclosures: closed
- Medical authorizations: closed
- Amend pleadings/ add parties: closed
- Initial experts: October 8, 2019

1

- Interim status report: October 8, 2019
- Rebuttal experts: November 7, 2019
- Discovery cutoff: December 6, 2019
- Dispositive motions: January 6, 2020
- Joint proposed pretrial order: February 5, 2020, or 30 days after resolution of dispositive motions

**Counsel shall immediately confer on a date for Plaintiff's deposition to ensure that it takes place in mid-August.**

IT IS SO ORDERED.

Dated: July 11, 2019

_____
Nancy J. Koppe
United States Magistrate Judge