# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANN CROPPER, et al.,

     Plaintiff(s),

v.

WAL-MART STORES INC.,

     Defendant(s).

Case No.: 2:19-cv-00629-JCM-NJK

**Order**

[Docket No. 19]

     Pending before the Court is Defendant's motion to extend, filed on an emergency basis. Docket No. 19. Plaintiff must file either a notice of non-opposition or a response by 10:00 a.m. on January 3, 2020.

     IT IS SO ORDERED.

     Dated: January 2, 2020

_____
Nancy J. Koppe
United States Magistrate Judge