# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANN CROPPER,<br>　　Plaintiff(s),<br>v.<br>WAL-MART STORES, INC.,<br>　　Defendant(s). | Case No.: 2:19-cv-00629-JCM-NJK<br>**Order**<br>[Docket Nos. 31, 32] |

Pending before the Court is a motion for protective order related to a deposition scheduled for Monday, May 4, 2020. Docket No. 31. There is also a concurrent motion to vacate the dispositive motion deadline. Docket No. 32. These motions will be briefed pursuant to the schedule established for discovery motions. Docket No. 12. In the interim, however, the deposition as currently scheduled is hereby **VACATED** to enable resolution of the motion for protective order.

IT IS SO ORDERED.

Dated: April 30, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1