AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANN CROPPER, et al.,

                             Plaintiff,

   v.

WAL-MART STORES, INC.,

                    Defendants.

                           JUDGMENT IN A CIVIL CASE

                           Case Number: 2:19-CV-629 JCM (NJK)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

Judgment entered on behalf of Wal-Mart Stores, Inc.

<table>
<tr><td>1/15/2021</td><td></td><td>DEBRA K. KEMPI</td></tr>
<tr><td>Date</td><td></td><td>Clerk</td></tr>
</table>

                           /s/ D. Reich-Smith

                           Deputy Clerk